FILED

APR 24 2019

TIMOTHY M. O'BRIEN CLERK
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                             No. 19-mj-8097-TJJ

JOSE SANCHEZ and
ROBERT WHITE,

    Defendants.

### CRIMINAL COMPLAINT

I, Clinton Peterson, the complainant in this case, state that the following is true

and correct to the best of my knowledge and belief, and establishes probable cause that

the following offenses have been committed:

#### Count 1

On or about April 11, 2019, in the District of Kansas, the defendant,

JOSE SANCHEZ,

knowingly and intentionally distributed more than 50 grams of a mixture

and substance containing methamphetamine, a controlled substance.  This

was done in violation of Title 21, United States Code, Sections 841(a)(1) &

841(b)(1)(B)(viii).

#### Count 2

On or about April 22, 2019, in the District of Kansas, the defendants,

JOSE SANCHEZ and ROBERT WHITE,

1

knowingly and intentionally conspired and agreed with each other, and with others known and unknown, to distribute more than 50 grams of a mixture and substance containing methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii), which includes the reasonably foreseeable conduct of other members of the conspiracy.  This was done in violation of Title 21, United States Code, Section 846.

### Count 3

On or about April 22, 2019, in the District of Kansas, the defendants,

JOSE SANCHEZ and ROBERT WHITE,

aiding and abetting each other, knowingly used and carried a firearm, a Smith & Wesson .40 caliber pistol, model SW40VE, serial number DUS7466, during and in relation to the conspiracy to distribute more than 50 grams of a mixture and substance containing methamphetamine, a controlled substance, as set forth in Count 2 of this complaint, which is a drug trafficking crime for which they may be prosecuted in a court of the United States, and they possessed that firearm in furtherance of that drug trafficking crime.  This was done in violation of Title 18, United States Code, Sections 2 and 924(c)(1)(A)(i).

### Count 4

On or about April 22, 2019, in the District of Kansas, the defendant,

JOSE SANCHEZ,

then being an alien illegally and unlawfully in the United States, knowingly

and unlawfully possessed in and affecting interstate commerce the

following firearms:  a Smith & Wesson .40 caliber pistol, model SW40VE,

serial number DUS7466; a Beretta USA 9mm pistol, serial number

BER213282Z; and a Palmetto State Armory AR-15 rifle, .223 caliber,

serial number PA068686.  This was done in violation of Title 18, United

States Code, Sections 922(g)(5) and 924(a)(2).

This criminal complaint is based on these facts:

1.      I am an "investigative or law enforcement officer" of the United States

within the meaning of Section 2510(7) of Title 18, United States Code, and empowered

by law to conduct investigations and to make arrests for offenses enumerated in Section

2516 of Title 18, United States Code.

2.      I am a Task Force Officer of the U.S. Drug Enforcement Administration

(DEA), assigned to the Kansas City District Office. I have been assigned with the DEA

since April of 2018. In addition, I am a law enforcement officer of the State of Kansas,

County of Johnson. I have been employed by the Johnson County Sheriff's Office since

December of 2011. As a Task Force Officer of the Drug Enforcement Administration, I

am empowered to conduct investigations of, and to make arrest for, the narcotics offenses

enumerated in The Controlled Substances Act of Title 21, United States Code.

3

3.     While with the Johnson County Sheriff's Office and the DEA, I have

participated in numerous drug investigations, involving the possession and sale of illegal

drug and drug paraphernalia to include possession with intent to distribute, distribution of

controlled substances, as well as the investigations activity directed at monetary

transactions involving the proceeds of specified unlawful activities and conspiracies,

associated with criminal drug trafficking offenses, in violation of 21 U.S.C. §841(a)(1)--

Transportation and Distribution of Controlled Substances, §843(b)--Unlawful use of a

Communication Device to Commit and Facilitate the commission of Drug Trafficking

Offenses, §846--Conspiracy and Attempt to Possess with Intent to Distribute and

Distribution of Controlled Substances, §952 and §960--Importation of Controlled

Substances, and §963--Conspiracy and Attempt to Import Controlled Substances. My

training and experience has involved physical surveillance, execution of search warrants,

arrest of numerous drug traffickers and the handling of cooperating sources and sources

of information.

4.     The information contained in this affidavit is based upon my investigation

and information provided to me and others by persons and agencies that I believe to be

reliable.  Except where otherwise noted, Special Agents of the DEA and other law

enforcement officers, or other third parties have provided the information set forth in this

affidavit to me either directly or indirectly.  As such, information in this affidavit may not

reflect my personal observations or investigations, but it is information I am aware of and

adopt herein for the purposes of this affidavit.  Because this affidavit is being submitted

4

for the limited purpose of a federal criminal complaint, I have not included each and every fact known about the investigation, even though I am familiar with the facts and circumstances surrounding this investigation.

5.      In March of 2019, a Source of Information (hereinafter referred to as SOI) advised DEA agents that he/she was contacted by an individual identified as Daniel Zamora-Lopez.  The SOI explained that Zamora-Lopez advised him/her that he had large amounts of methamphetamine for sale and was looking for new customers.  The SOI stated Zamora-Lopez was a known multi-pound methamphetamine dealer in the Kansas City metro area.  Agents asked the SOI if he/she could give Zamora-Lopez a number for an undercover (UC) agent, who would pose as a potential methamphetamine customer.  The SOI advised he/she would forward ZAMORA-Lopez a number for the UC agent.  The SOI advised Zamora-Lopez utilized telephone number (424) 425-9122.

6.      On April 2, 2019, the UC received a call from Zamora-Lopez, telephone number (424) 425-9122.  Zamora-Lopez advised the UC that he had methamphetamine for sale and asked the UC how much he would move or sell.  Zamora-Lopez advised the UC that one (1) pound of methamphetamine would cost $4300.00 and one (1) kilogram of methamphetamine would cost $9000.00.  The UC advised Zamora-Lopez he would call him back once he figured out what he wanted to purchase. Zamora-Lopez told the UC to let him know and that he had methamphetamine available any time of day or night. Zamora-Lopez also told the UC in later conversation he could also provide "blue smurfs" which he indicated are fentanyl tablets.

5

7.      On April 5, 2019, the UC placed a recorded telephone call to Zamora-Lopez, telephone (424)-425-9122, and advised he would be traveling to Kansas City to pick up a sample from Zamora-Lopez. Zamora-Lopez later contacted the UC and advised he would be able to provide the UC with the fentanyl tablets but not the methamphetamine as he could not get ahold of his courier. The UC advised he was not going to be available any longer and would set up a meet at a later date.

8.      On April 11, 2019, the UC contacted Zamora-Lopez, telephone (424)-425-9122, and established a meet to receive the sample narcotics. Zamora-Lopez advised he would be sending his courier to the meet location at 241 S. 18th Street, Kansas City, Kansas. Zamora-Lopez advised his courier would be driving a blue Nissan passenger car.

9.      At approximately 11:10 A.M. a blue/green Nissan sedan bearing Kansas tag 078LKK arrived in the parking lot of 241 S. 18th Street as planned, occupied by two Hispanic males and a Hispanic female. The Nissan parked next to the UC vehicle and the driver exited the vehicle and entered the passenger side of the UC vehicle. The Hispanic male handed the UC a Dunkin Donuts bag as soon as he entered the vehicle. Inside the bag were several blue pills stamped M30 and a clear plastic baggie containing approximately 119 grams of methamphetamine.   That substance field-tested positive for the presence of methamphetamine.

10.     A records check of Kansas registration 078LKK showed the vehicle registered to Maribel Maldonado at 3731 Silver Avenue, Kansas City, Kansas. Further checks show Maribel Maldonado to be married to a Jose Sanchez. Through viewing a

photo on social media, the UC confirmed the Hispanic male who delivered the sample methamphetamine and pills was Jose Sanchez.

11.    On April 22, 2019, the UC contacted Zamora-Lopez, at telephone (424) 425-9122, to establish a purchase of approximately one (1) pound of methamphetamine. Zamora-Lopez advised he would coordinate with his courier to call the UC to set up the transaction.

12.    The UC received a telephone call from (913) 251-6643, who identified himself as the courier. The courier advised he would be traveling to the meet location, 241 S. 18th Street, Kansas City, Kansas, in a red Honda. At approximately 4:15 P.M. a red Honda arrived in the parking lot and parked next to the UC vehicle. The DEA Special Response Team (SRT) confronted and detained the three occupants of the Honda, who were Robert White, Rocky Pavon-Millan, and Aldo Pavon-Millan. DEA SRT members conducted a pat-down of the driver, Aldo Pavon-Millan, and located a loaded Smith & Wesson 9mm pistol, model M&P Shield, serial number HDS8819, in his right front pocket. Agents later discovered the M&P Shield was a stolen firearm. Rocky Pavon-Millan was seated in the front passenger seat, and agents discovered a loaded Glock 22, .40 caliber pistol, serial number HNV069, under the front seat where he was seated. Agents noted Rocky Pavon-Millan appeared to be reaching under the seat prior to his arrest. Robert White was seated in the back seat, and officers located approximately half (1/2) a pound of methamphetamine and a Smith & Wesson .40 caliber pistol, model

SW40VE, serial number DUS7466, inside a black bag, which had been located at his feet.

13.     DEA TFO Shawn Buck, DEA TFO Carlos Navarro, and Kansas City, Kansas, Officers E. Jones, E. Ibanez, C. Cowher, initiated surveillance at 3731 Silver Ave., Kansas City, KS.  This address had been identified as the residence of Jose Sanchez.  Officer E. Jones observed Jose Sanchez along with a female and two small children exit the rear door of 3731 Silver Ave, Kansas City, KS and get into a green four door Nissan Altima bearing Kansas registration 078-LKK. The green Nissan then backed out of the driveway and left the residence as surveillance followed it to 1906 Ball Ln, Kansas City, Kansas. Kansas Highway Patrol (KHP) Trooper Garcia and Officer E. Jones approached Sanchez and took him into custody. Officer E. Jones advised Sanchez was cooperating and had given verbal consent to search the Nissan Altima and also his room at 3731 Silver Ave, Kansas City, KS.  TFO's Buck and Navarro returned and maintained surveillance on the residence 3731 Silver Ave, Kansas City, Ks.

14.     Trooper Garcia and Officer E. Jones returned with Sanchez to 3731 Silver Ave, Kansas City, KS. TFO C. Navarro assisted with translating information and obtaining consent from Sanchez's parents who owned the residence, which they agreed and permitted. Officer E. Jones along with TFO C. Navarro and Officer C. Cowher accompanied Sanchez into the residence as Sanchez identified "his" room. Upon identifying the room, Sanchez further identified several locations in the room where money, weapons, and drugs were located and seized.   Sanchez directed officers to the

8

closet of the bedroom.  Officer E. Jones and Officer E. Ibanez located a large quantity of

suspected fentanyl pills (1000-2000) inside the closet.  Under the bed officers located a

Palmetto State Armory AR-15 rifle, .223 caliber, serial number PA068686, along with

four pistols, including a Beretta USA 9mm pistol, serial number BER213282Z.  Officers

also located a small quantity of suspected cocaine next to the weapons.

15.     Robert White waived his Miranda Rights and agreed to talk to

investigators. White advised he was contacted by Daniel Zamora to meet someone at this

location, 241 S. 18th Street, and provide them a pound of methamphetamine. White

advised Jose Sanchez is usually the courier for Zamora but he was unavailable today.

White stated Sanchez arrived at his apartment today and handed him a handgun and told

him to be safe. A short time later he received a telephone call from Zamora-Lopez

directing him to deliver the methamphetamine. White stated Sanchez is his brother-in-law

and he holds methamphetamine at his apartment for him. White signed a consent to

search for his apartment at 6016 Leavenworth Road Apartment 219, Kansas City,

Kansas. Located in White's apartment were approximately two (2) kilograms of

methamphetamine and approximately fifty (50) fentanyl tablets. The narcotics were in

two separate cardboard boxes in the bedroom closet. White advised Sanchez keeps the

two boxes separate because a large portion of the narcotics belong to Zamora-Lopez,

which Sanchez couriers for, and the other box belongs to Sanchez that he deals on the

side for extra money. White stated Zamora-Lopez usually ships the narcotics to Sanchez

9

through the mail and estimated Sanchez has received approximately forty-five (45) pounds of methamphetamine from Zamora over the last six months.

16.    White also stated during an interview that Rocky Pavon-Millan and Aldo Pavon-Millan were unaware a narcotics transaction was taking place. White advised he asked them for a ride to the meet location and they agreed to give him a ride.

17.    Investigators have determined Jose Sanchez, Rocky Pavon-Millan, and Aldo Pavon-Millan are aliens who are illegally and unlawfully in the United States, as confirmed by Homeland Security Investigations.

CLINTON PETERSON
Task Force Officer, DEA

Sworn to before me and subscribed in my presence this 24th day of April, 2019, at Kansas City, Kansas.

TERESA J. JAMES
United States Magistrate Judge

10