FILED
APR 2 5 2019

AO 442 (Rev. 11/11) Arrest Warrant

TIMOTHY M. O'BRIEN CLERK
By_____ Deputy

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| United States of America<br>v.<br>JOSE SANCHEZ<br><br>29642-031<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 19-8097-01-TJJ |

2019 APR 24 PM 12: 12

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jose Sanchez ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

(1) knowingly and intentionally distributed more than 50 grams of a mixture and substance containing methamphetamine, 21 U.S.C. 841(a)(1) & 841(b)(1)(B)(viii); (2) conspiracy to distribute more than 50 grams of a mixture and substance containing methamphetamine, 21 U.S.C. 846; (3) use and carry a firearm during and in relation to conspiracy to distribute meth, 18 U.S.C. 2 & 924(c)(1)(A)(i); and (4) illegally-present alien in possession of a firearm, 18 U.S.C. 922(g)(5) & 924(a)(2).

Date: 04/24/2019

_____
*Issuing officer's signature*

City and state: Kansas City, Kansas

Teresa J. James, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4-24-19 , and the person was arrested on *(date)* 4-24-19
at *(city and state)* Kansas City, Kansas .

Date: 4-24-19

_____
*Arresting officer's signature*

Clint Peterson, TFO
*Printed name and title*