## In the United States District Court
## for the District of Kansas

---

**United States of America**,
          Plaintiff,

v.                                                      Case No. 19-20027-CM

**Jose Sanchez**,
          Defendant.

---

### Motion to Continue Change of Plea Hearing

---

Defendant, Jose Sanchez, by and through his attorney, Thomas W. Bartee, Assistant Federal Public Defender for the District of Kansas, respectfully moves this Court for an order continuing the change of plea hearing for 30 days. In support of this motion, counsel for the defendant states:

1. Mr. Sanchez notified the Court on June 17, 2019, that he intends to change his plea.

2. A change of plea hearing is currently scheduled for August 20, 2019, at 9:30 a.m., before The Honorable Carlos Murguia.

3. Negotiations between Counsel for the Government, Defense Counsel, and Defendant are ongoing, and all parties expect the matter to be resolved by a change of plea.

4. Because Mr. Sanchez has provided notice of his intention to plead guilty, and because that notice is still in effect, the period since then is deemed excludable under the Speedy Trial Act. *See United States v. Loughrin*, 710 F.3d 1111, 1120 (10th Cir. 2013) ("the days between a notice of a change of plea and the change-of-plea hearing are excludable under the STA").

5. Counsel for the Government, Leon Patton, has no objection to this motion.

WHEREFORE, counsel for the defendant moves this Court for an order continuing the change of plea hearing for 30 days.

Respectfully submitted,

s/ Thomas W. Bartee
THOMAS W. BARTEE, #15133
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone: (913) 551-6712
Fax: (913) 551-6562
Email: tom_bartee@fd.org
 Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2019, I electronically filed the foregoing motion with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.


s/ Thomas W. Bartee
THOMAS W. BARTEE, #15133