# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case Number: | **19-20027-01** |
| | ) | | |
| Plaintiff, | ) | | |
| **vs.** | ) | | |
| | ) | | |
| **JOSE SANCHEZ** | ) | | |
| | ) | | |
| Defendant(s). | ) | | |
| _____ | ) | Date of Hearing: | **9/24/2019** |

## CRIMINAL MINUTE SHEET – STATUS CONFERENCE

| | |
|---|---|
| JUDGE: | **Hon. Carlos Murguia, United States District Judge** |
| COURT REPORTER: | **Nancy Wiss** |
| COURTROOM DEPUTY: | **Jeff Hokanson** |
| INTERPRETER: | **N/A**          ☐ **Sworn** |

**APPEARANCES:**

- UNITED STATES OF AMERICA:   **Leon Patton**
- DEFENDANT'S COUNSEL:   **Tom Bartee**
- DEFENDANT:   ☐ IN PERSON / ☒ IN CUSTODY / ☐ DOES NOT APPEAR
- UNITED STATES PROBATION:

**PROCEEDINGS:**

☒   **Parties request continuance for further investigation and negotiation**

☒   **Notice of Continuance of Change of Plea Hearing:  Defendant previously notified the court of his intent to change his plea on 6/17/2019.  The time from the original notice until the change of plea is excludable time for speedy trial purposes.**

☐   **Other:**

**NOTES:**

Parties appear for Change of Plea Hearing.   Defendant requests continuance of change of plea hearing for approximately 30-45 days for further consideration and negotiation.  Defendant's oral motion for continuance is granted.

**SCHEDULING:**

☒ **CHANGE OF PLEA HEARING** set for/continued to **10/29/2019 at 9:30 AM**

**CUSTODY:**

☒   **Defendant is remanded to custody**